**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**TAVARUS MONTGOMERY**                                          **PLAINTIFF**
**ADC #134297**

**v.**                              **CASE NO. 2:25-CV-00143-BSM**

**TAYLOR AARON COTHREN, et al.**                         **DEFENDANTS**

## ORDER

After de novo review of the record, United States Magistrate Judge Patricia S. Harris's

proposed findings and recommendation [Doc. No. 29] is adopted, defendants' motion to

dismiss [Doc. No. 10] is granted, and Tavarus Montgomery's claims against all defendants

are dismissed without prejudice.

IT IS SO ORDERED this 24th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE