## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TAVARUS MONTGOMERY**                                                      **PLAINTIFF**
**ADC #134297**

**v.**                          **CASE NO. 2:25-CV-00143-BSM**

**TAYLOR AARON COTHREN, et al.**                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE